# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1204**
**CAF 10-02392**
PRESENT: CENTRA, J.P., FAHEY, PERADOTTO, GREEN, AND GORSKI, JJ.

---

IN THE MATTER OF ONONDAGA COUNTY, COMMISSIONER OF
SOCIAL SERVICES, ASSIGNEE ON BEHALF OF SOCORRO
MIRANDA, PETITIONER-RESPONDENT,

V                                                                    ORDER

MICHAEL A. COMER, RESPONDENT-APPELLANT.
(APPEAL NO. 2.)

---

KELLY M. CORBETT, FAYETTEVILLE, FOR RESPONDENT-APPELLANT.

LAL, GINGOLD & FRANKLIN, PLLC, SYRACUSE (NEIL M. GINGOLD OF COUNSEL),
FOR PETITIONER-RESPONDENT.

---

Appeal from an order of the Family Court, Onondaga County (Martha E. Mulroy, J.), entered November 10, 2010 in a proceeding pursuant to Family Court Act article 4. The order, inter alia, found that respondent willfully violated an order of child support.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered:  November 10, 2011                         Patricia L. Morgan
                                                    Clerk of the Court